854

appearance for respondents.

No. 243. ANAHMA REALTY CORP. v. BURNET, COMMIS-
SIONER OF INTERNAL REVENUE. October 13, 1930. Peti-
tion for writ of certiorari to the Circuit Court of Appeals
for the Second Circuit denied. *Messrs. Martin Taylor*
and *Nathaniel T. Guernsey* for petitioner. *Solicitor Gen-
eral Thacher, Assistant Attorney General Youngquist* and
*Messrs. Claude R. Branch, Sewall Key, John Vaughan
Groner, W. Marvin Smith,* and *Clarence M. Charest* for
respondent.

No. 244. ROBERTSON v. CHICAGO, ROCK ISLAND &
PACIFIC RY. CO. October 13, 1930. Petition for writ of
certiorari to the Supreme Court of Minnesota denied.
*Mr. Frederick M. Miner* for petitioner. *Messrs. Thomas
D. O'Brien, Alexander E. Horn,* and *Edward S. Stringer*
for respondent.

No. 245. REICHELDERFER ET AL. v. AMERICAN SECURITY
& TRUST CO. ET AL.; and
No. 246. SAME v. HEURICH. October 13, 1930. Peti-
tion for writs of certiorari to the Court of Appeals of the
District of Columbia denied. *Messrs. William W. Bride,
Vernon E. West,* and *Francis H. Stephens* for petitioners.
*Messrs. Frederic D. McKenney, Wilton J. Lambert, John
S. Flannery, Rudolph H. Yeatman, G. Bowdoin Craighill,*
and *Alexander H. Bell* for respondents. Reported below:
40 F. (2d) 813, 815.

No. 414. REICHELDERFER ET AL. v. DODGE. October 13,
1930. Petition for writ of certiorari to the Court of Ap-
peals of the District of Columbia denied. *Messrs. Wil-